NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MEDICINOVA, INC., A DELAWARE CORPORATION,**
*Plaintiff-Appellant*

**v.**

**GENZYME CORPORATION, A MASSACHUSETTS CORPORATION,**
*Defendant-Appellee*

_____

2020-1064

_____

Appeal from the United States District Court for the Southern District of California in No. 3:14-cv-02513-JLS-KSC, Judge Janis L. Sammartino.

_____

**JUDGMENT**

_____

BRUCE G. CHAPMAN, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for plaintiff-appellant.  Also represented by DON PELTO, Washington, DC; MATTHEW G. HALGREN, MARK GERARD RACKERS, San Diego, CA.

FRANCIS DIGIOVANNI, Faegre Drinker Biddle & Reath LLP, Wilmington, DE, argued for defendant-appellee.  Also

represented by MICHAEL CURT LAMBERT, THATCHER A. RAHMEIER; RABIYA KADER, Sanofi, Bridgewater, NJ.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 14, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court